■ MARLENE MILLER, an Infant, by LILLIAN MILLER, Her Guardian ad Litem, Appellant, v. PAULINE FLASHNER, as Administratrix of the Estate of SAMUEL L. MILLER, Deceased, Respondent.— In an action by an unemancipated minor against her deceased father's estate to recover damages for personal injuries, the appeal is from a judgment dismissing the amended complaint on the opening statement to the jury by counsel for appellant. It was stated in

the opening, in effect, that the child was a passenger in a motor vehicle which her father was driving, that he fell asleep and the vehicle ran into a pillar of an elevated railroad, that he had previously fallen asleep for a few seconds, and had awakened just before the occurrence, that is, when the motor vehicle was stopped because of a traffic signal, at which time he said he was tired and sleepy, and that shortly after this he refused to heed a request to stop because of his condition, saying that he was not far from his destination, which was about a mile away. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.